1012

[Nos. 44066-7-I; 46128-1-I.   Division One.   October 30, 2000.]

HELEN STANWELL, *Appellant*, v. KING COUNTY PARKS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-06467-6, William L. Downing, J., entered December 23, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Becker and Ellington, JJ.

[No. 45078-6-I.   Division One.   October 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TARRELL MARTEASE BARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09666-5, Norma Smith Huggins, J., entered August 9, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Ellington, J.

[No. 44725-4-I.   Division One.   October 30, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSHUA JAMES FOWLER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09161-2, Suzanne M. Barnett, J., entered April 30, 1999. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 44507-3-I.   Division One.   October 30, 2000.]

JAMES PALMER, *Appellant*, v. THE CITY OF BRIER, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-03663-5, Gerald L. Knight, J., entered April 9, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Cox, J.